# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 15-40081 |
| | ) | |
| Deborah L. Blackwell, | ) | Chapter 13 |
| | ) | |
| Debtor(s), | ) | Response to Motion for Relief from Automatic Stay |
| | ) | |
| Alliance Realty Capital, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| Deborah L. Blackwell | ) | Hearing Date:  May 4, 2015 |
| | ) | Hearing Time: 10:00 a.m. |
| Respondent. | ) | Courtroom 7 North |

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes now Debtor, Deborah L. Blackwell, by and through her attorneys, and in response to the Motion for Relief from Automatic Stay filed by the above referenced movant, states as follows:

1. Debtor admits the allegations of Paragraph 1.
2. Debtor admits the allegations of Paragraph 2.
3. Debtor admits the allegations of Paragraph 3.
4. Debtor admits the allegations of Paragraph 4.
5. Debtor admits the allegations of Paragraph 5.
6. Debtor admits the allegations of Paragraph 6.
7. Debtor admits the allegations of Paragraph 7.
8. Debtor admits the allegations of Paragraph 8.
9. Debtor is unable to admit or deny the allegations of Paragraph 9 and therefore denies such allegations.
10. Debtor admits the allegations of Paragraph 10.
11. Debtor admits the allegations of Paragraph 11.
12. Debtor admits the allegations of Paragraph 12.
13. Debtor is unable to admit or deny the allegations of Paragraph 13 and therefore denies such allegations.
14. Debtor is unable to admit or deny the allegations of Paragraph 14 and therefore denies such

allegations.

15. Debtor is unable to admit or deny the allegations of Paragraph 15 and therefore denies such allegations.

16. Debtor is unable to admit or deny the allegations of Paragraph 16 and therefore denies such allegations.

17. Debtor is unable to admit or deny the allegations of Paragraph 17 and therefore denies such allegations.

18. Debtor is unable to admit or deny the allegations of Paragraph 18 and therefore denies such allegations.

19. Furthermore, the Debtor request that she me allowed to repay any delinquency with a 6 month repayment stipulation.

Wherefore the Debtor prays the Court enters its order denying the Motion, and for such other relief as may be just and proper.

Respectfully Submitted
THE BANKRUPTCY COMPANY

*/s/ David N. Gunn*
David N. Gunn, #54880MO
2025 S Brentwood Blvd. Ste. 206
St. Louis, MO 63144
Tel:  314-961-9822
Fax:  314-961-9825
stlouis@tbcwam.com

### Certificate of Service

The undersigned hereby certifies that the foregoing was filed electronically through the Court's ECF system and subsequently served on the following electronically through the Court's ECF system or by ordinary mail, postage pre-paid, on this 27th day of April, 2015.

*/s/ Meagon Bradley*
Meagon Bradley, Paralegal

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

SouthLaw
Attorney for Creditors
6363 College Blvd Ste 100
Overland Park, KS 66211